IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265　　　)
WELFARE FUND, *et al*.,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiffs,　　　　　)　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　　　　　　　　)　　NO. 12 C 6943
　　　　　　　　　　　　　　　　　　　　　　　)
CUSTOM FIT SHEETMETAL & ROOFING　　)　　JUDGE SAMUEL DER-YEGHIAYAN
CORP., an Illinois corporation, d/b/a CUSTOM　)
FIT ARCHITECTURAL METALS, a/k/a　　　　)
CUSTOM FIT,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　　　　　)

## <u>MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against

Defendant, CUSTOM FIT SHEETMETAL & ROOFING CORP., an Illinois corporation, d/b/a

CUSTOM FIT ARCHITECTURAL METALS, a/k/a CUSTOM FIT,  in the total amount of

$7,452.09, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $931.00.

On September 4, 2012, the Summons and Complaint was served on the Registered Agent (by

tendering a copy of said documents to Candiss Karr, Manager) at its place of business (a copy of the

Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on

September 25, 2012.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully

request entry of default and judgment.


　　　　　　　　　　　　　　　　　　/s/　Catherine M. Chapman

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of October 2012:

| | |
|---|---|
| Business Filings Incorporated, Registered Agent | Mr. Charlie Neven |
| Custom Fit Sheetmetal & Roofing Corp. | Custom Fit Architectural Metals |
| 600 S. Second Street, Suite 103 | One Tower Lane, Suite 1700 |
| Springfield, IL   62704 | Oakbrook Terrace, IL   60181 |

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Custom Fit\#24081\notice of motion.cmc.df.wpd